OSCN Found Document:SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

OSCN navigation

Home

Courts

Court Dockets

Legal Research

Calendar

Help

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS2016 OK 21Decided: 02/29/2016THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2016 OK 21, __ P.3d __

FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION.

 

RE: Suspension of Certificates of Certified Shorthand Reporters

ORDER

The Oklahoma Board of Examiners of Certified Shorthand Reporters has recommended to the Supreme Court of the State of Oklahoma the suspension of the certificate of each of the Oklahoma Certified Shorthand Court Reporters listed on the attached Exhibit for failure to comply with the continuing education requirements for calendar year 2015 and/or with the annual certificate renewal requirements for 2016.

Pursuant to 20 O.S., Chapter 20, App. 1, Rule 20(c), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date. Pursuant to 20 O.S., Chapter 20, App. 1, Rule 23(d), failure to satisfy the continuing education reporting requirements on or before February 15 shall result in administrative suspension on that date.

IT IS THEREFORE ORDERED that the certificate of each of the court reporters named on the attached Exhibit is hereby suspended effective February 15, 2016.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 29th day of FEBRUARY, 2016.

/S/CHIEF JUSTICE

Exhibit

Name

CSR #

Reason

Lori Byrd

1981

Continuing Education/Renewal

Christina Ogle

1088

Continuing Education/Renewal

Norma Rico

1992

Renewal

Lisa Stockwell

1969

Continuing Education/Renewal

Nikki Tate

1608

Continuing Education/Renewal

Amy Taylor

1993

Renewal

Renetta Thompson

606

Continuing Education

 

 

 

 

Citationizer© Summary of Documents Citing This Document

Cite
Name
Level

None Found.

Citationizer: Table of Authority

Cite
Name
Level

None Found.